UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SPARK CONNECTED, LLC, KENNETH MOORE, EMANUEL STINGU, and RUWANGA DASSANAYAKE,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>SEMTECH CORPORATION,<br><br>Defendant and Counter-Plaintiff. | Civil Action No. 4:18-cv-00748 |

### SEMTECH CORPORATION'S MOTION TO SEAL THE DECLARATION OF SIMON BROWN AND EXHIBITS THERETO IN SUPPORT OF SEMTECH'S MOTION FOR PRELIMINARY INJUNCTION

Defendant and Counter-Plaintiff Semtech Corporation ("Semtech") files this Motion to Seal portions of its Motion for Preliminary Injunction, as required by Local Rule CV-5(a)(7), and states as follows:

1. Plaintiffs and Counter-Defendants are: Spark Connected, LLC; Kenneth Moore; Emanuel Stingu; and Ruwanga Dassanayake.

2. Defendant and Counter-Plaintiff is Semtech Corporation.

3. On October 17, 2018, Plaintiffs filed the above-styled and numbered suit against Semtech.

4. On November 16, 2018, Semtech filed its Answer, Affirmative Defenses, and Counterclaims, in response to Plaintiffs' Complaint (the "Counterclaims").

5. Semtech seeks to seal information relating to its confidential and proprietary information and trade secrets. The specific information and materials Semtech seeks to seal are: the Declaration of Simon Brown and Exhibits 1 and 15-18 thereto in support of Semtech's Motion for Preliminary Injunction.

6. The hearing on the motion to seal court records in the above-styled and numbered case will be held in open court.

7. Any person may intervene and be heard concerning the sealing of the Declaration of Simon Brown and Exhibits 1 and 15-18 thereto.

Dated:  November 21, 2018	Respectfully submitted,

	*/s/ Roger D. Sanders*

	Darin W. Snyder (*pro hac vice*)
	dsnyder@omm.com
	David S. Almeling (*pro hac vice*)
	dalmeling@omm.com
	Ramon Ramirez (*pro hac vice*)
	rramirez@omm.com
	Cara L. Gagliano (*pro hac vice*)
	cgagliano@omm.com
	**O'MELVENY & MYERS LLP**
	Two Embarcadero Center
	28th Floor
	San Francisco, CA 94111
	Telephone:	(415) 984-8700
	Facsimile:	(415) 984-8701

	Roger D. Sanders (S.B.# 17604700)
	rsanders@somlaw.net
	J. Michael Young (S.B.# 00786465)
	myoung@somlaw.net
	**SANDERS, MOTLEY, YOUNG & GALLARDO**
	111 S. Travis
	Sherman, TX 75090
	Telephone:	(903) 892-9133
	Facsimile:	(903) 892-4302

	***Attorneys for Defendant and Counter-Plaintiff Semtech Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2018.

*/s/ Roger D. Sanders*

## CERTIFICATE OF COMPLIANCE

Semtech's counsel has complied with the substantive meet-and-confer requirement in Local Rule CV-7(h) with respect to this motion.  Plaintiffs and Counter-Defendants do not oppose this motion.

*/s/ Roger D. Sanders*
