| | |
|---|---|
| SPARK CONNECTED, LLC, KENNETH MOORE, EMANUEL STINGU, and RUWANGA DASSANAYAKE,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>SEMTECH CORPORATION,<br><br>Defendant and Counter-Plaintiff. | Civil Action No. 4:18-cv-00748 |

### SEMTECH CORPORATION'S MOTION TO SEAL EXHIBITS TO THE DECLARATION OF AARON READ IN SUPPORT OF SEMTECH'S MOTION FOR PRELIMINARY INJUNCTION

Defendant and Counter-Plaintiff Semtech Corporation ("Semtech") files this Motion to Seal portions of its Motion for Preliminary Injunction, as required by Local Rule CV-5(a)(7), and states as follows:

1. Plaintiffs and Counter-Defendants are: Spark Connected, LLC; Kenneth Moore; Emanuel Stingu; and Ruwanga Dassanayake.

2. Defendant and Counter-Plaintiff is Semtech Corporation.

3. On October 17, 2018, Plaintiffs filed the above-styled and numbered suit against Semtech.

4. On November 16, 2018, Semtech filed its Answer, Affirmative Defenses, and Counterclaims, in response to Plaintiffs' Complaint (the "Counterclaims").

5. Semtech seeks to seal information relating to its confidential and proprietary information and trade secrets. The specific information and materials Semtech seeks to seal are: Exhibits C and D to the Declaration of Aaron Read filed in support of Semtech's Motion for Preliminary Injunction. Filing these exhibits under seal ensures that Semtech's confidential and proprietary information and trade secrets are not seen by or disseminated to unauthorized parties.

6. The hearing on the motion to seal court records in the above-styled and numbered case will be held in open court.

7. Any person may intervene and be heard concerning the sealing of Exhibits C and D to the Declaration of Aaron Read.

Dated: November 21, 2018                Respectfully submitted,

*/s/ Roger D. Sanders*

Darin W. Snyder (*pro hac vice*)
dsnyder@omm.com
David S. Almeling (*pro hac vice*)
dalmeling@omm.com
Ramon Ramirez (*pro hac vice*)
rramirez@omm.com
Cara L. Gagliano (*pro hac vice*)
cgagliano@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Roger D. Sanders (S.B.# 17604700)
rsanders@somlaw.net
J. Michael Young (S.B.# 00786465)
myoung@somlaw.net
**SANDERS, MOTLEY, YOUNG & GALLARDO**
111 S. Travis
Sherman, TX 75090
Telephone:   (903) 892-9133
Facsimile:   (903) 892-4302

***Attorneys for Defendant and Counter-Plaintiff Semtech Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2018.

*/s/ Roger D. Sanders*

## CERTIFICATE OF COMPLIANCE

Semtech's counsel has complied with the substantive meet-and-confer requirement in Local Rule CV-7(h) with respect to this motion. Plaintiffs and Counter-Defendants do not oppose this motion.

*/s/ Roger D. Sanders*