UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SPARK CONNECTED, LLC, KENNETH MOORE, EMANUEL STINGU, and RUWANGA DASSANAYAKE,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>SEMTECH CORPORATION,<br><br>Defendant and Counter-Plaintiff. | Civil Action No. 4:18-cv-00748 |

**ORDER GRANTING MOTION TO SEAL EXHIBITS TO THE DECLARATION OF AARON READ IN SUPPORT OF SEMTECH'S MOTION FOR PRELIMINARY INJUNCTION**

Came on this day, Defendant and Counter-Plaintiff Semtech Corporation's ("Semtech") Motion to seal Exhibits C and D to the Declaration of Aaron Read filed in support of Semtech's Motion for Preliminary Injunction.  Upon review of said Motion, any response and the case file, this Court finds that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Exhibits C and D to the Declaration of Aaron Read filed in support of Semtech's Motion for Preliminary Injunction be sealed by the Clerk of the Court.